Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Northern District of Illinois**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy         06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Affinity Integrated Healthcare S.C.** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 2 – 1 6 4 6 2 2 4 | |
| **4. Debtor's address** | **Principal place of business** <br><br> **736 Florsheim Drive** <br> Number   Street <br><br> **Libertyville, IL 60048** <br> City   State   ZIP Code <br><br> **Lake** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> Number   Street <br><br> _____ <br> City   State   ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number   Street <br><br> _____ <br> City   State   ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page **1**

Debtor **Affinity Integrated Healthcare S.C.**  Case number *(if known)*
 Name

**7. Describe debtor's business**

A. *Check one:*

- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**6  2  1  3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____  Case number _____
                                  MM / DD / YYYY
          District _____  When _____  Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
          District _____  When _____
                                  MM / DD / YYYY
          Case number, if known _____

Official Form 201 Voluntary Petition for Non-Individuals Filing for Bankruptcy page 2

Debtor  **Affinity Integrated Healthcare S.C.**                      Case number *(if known)* _____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number   Street<br>    City                    State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999   ☐ 10,001-25,000                 ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000         ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor **Affinity Integrated Healthcare S.C.**
Name

Case number *(if known)*

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/18/2024**
MM/ DD/ YYYY

X *Ronald Rebmann*
Signature of authorized representative of debtor

**Ronald Rebmann**
Printed name

Title **President - Owner**

**18. Signature of attorney**

X **/s/ Blair R Zanzig**
Signature of attorney for debtor

Date **06/18/2024**
MM/ DD/ YYYY

**Blair R Zanzig**
Printed name

**Leibowitz, Hiltz & Zanzig, LLC**
Firm name

**53 W Jackson Blvd Ste 1301**
Number      Street

**Chicago**        **IL**        **60604-3552**
City              State      ZIP Code

**(312) 566-9545**              **bzanzig@lakelaw.com**
Contact phone                    Email address

**6273293**                      **IL**
Bar number                       State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **4**

Fill in this information to identify the case:

Debtor name: **Affinity Integrated Healthcare S.C.**

United States Bankruptcy Court for the:
**Northern District of Illinois**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Airgas<br>6055 Rockside Woods<br>Independence, OH 44131 | | | | | | $582.18 |
| 2 | Ally Bank<br>PO Box 380902<br>Minneapolis, MN 55438 | | Auto Loan | | $27,582.92 | $25,000.00 | $2,582.92 |
| 3 | American Express<br>PO Box 6031<br>Carol Stream, IL 60197 | | Credit Card | | | | $11,389.27 |
| 4 | Burkett & Beattie<br>Libertyville, IL 60048 | | Accounting Services | | | | $6,951.00 |
| 5 | Comcast Business<br>Attn: Bankruptcy<br>500 South Gravers Road<br>Plymouth Meeting, PA 19462 | | Vendor | | | | $569.04 |
| 6 | IDES<br>33 S. State Street 10th FL<br>Chicago, IL 60603 | | 2024 Q1 | | | | $6,978.00 |
| 7 | IDES<br>33 S. State Street 10th FL<br>Chicago, IL 60603 | | 2022 Audit | | | | $1,978.52 |
| 8 | One Place Capital<br>1920 Center Creek Drr.<br>Fairmont, MN 56031 | | Loan | | | | $60,000.00 |

Debtor **Affinity Integrated Healthcare S.C.** Case number *(if known)* _____

Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Roger Ray Heating & Cooling, Inc.<br>34685 North Peterson Ave<br>Ingleside, IL 60041 | | Services | | | | $401.00 |
| 10 | Service Master - ABM<br>PO Box 893<br>Mundelein, IL 60060 | | Services | | | | $5,097.46 |
| 11 | U.S. Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 | | | | | | $150,000.00 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

# United States Bankruptcy Court
## Northern District of Illinois

In re **Affinity Integrated Healthcare S.C.**                                    Case No.
                                    Debtor(s)                                    Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Affinity Integrated Healthcare S.C.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**06/18/2024**                    /s/ **Blair R Zanzig**
Date                              **Blair R Zanzig**
                                  Signature of Attorney or Litigant
                                  Counsel for **Affinity Integrated Healthcare S.C.**
                                  **Bar Number: 6273293**
                                  **Leibowitz, Hiltz & Zanzig, LLC**
                                  **53 W Jackson Blvd Ste 1301**
                                  **Chicago, IL 60604-3552**
                                  **Phone: (312) 566-9008**
                                  **Email: bzanzig@lakelaw.com**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION (EASTERN)**

IN RE: **Affinity Integrated Healthcare S.C.**              CASE NO

                                                            CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **06/18/2024**    Signature  *Ronald Rebmann*

                                    Ronald Rebmann, President - Owner

**Airgas**
6055 Rockside Woods
Independence, OH 44131

**Ally Bank**
PO Box 380902
Minneapolis, MN 55438

**American Express**
PO Box 6031
Carol Stream, IL 60197

**Burkett & Beattie**
Libertyville, IL 60048

**Comcast Business**
Attn: Bankruptcy
500 South Gravers Road
Plymouth Meeting, PA 19462

**I.C. System, Inc.**
PO Box 64376
Saint Paul, MN 55164-0378

**IDES**
33 S. State Street 10th FL
Chicago, IL 60603

**One Place Capital**
1920 Center Creek Drr.
Fairmont, MN 56031

**Roger Ray Heating & Cooling, Inc.**
34685 North Peterson Ave
Ingleside, IL 60041

**Service Master - ABM**
PO Box 893
Mundelein, IL 60060

**U.S. Small Business Administration**
14925 Kingsport Road
Fort Worth, TX 76155-2243